**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

VIVIAN & VINCENT INTERNATIONAL TRADING COMPANY LTD, *et al.*,

Plaintiffs,

- v -

1:25-CV-519 (AMN/DJS)

DENEHAN INC., *et al.*,

Defendants.

**ORDER**

Following a hearing, the Court granted the motion of Defendants' counsel to withdraw as counsel. Dkt. No. 46.

Since Defendant Denehan Inc. is a corporate entity it must appear in this action through counsel. *Lattanzio v. COMTA*, 481 F.3d 137, 140 (2d Cir. 2007); *Pecarsky v. Galaxiworld.com Ltd.*, 249 F.3d 167, 172 (2d Cir. 2001). To provide Defendant Denehan Inc. with time to obtain new counsel, all proceedings in this matter are stayed for 30 days. Should new counsel for Defendant not enter an appearance within that time, Plaintiff is granted leave to file a Motion to Strike Defendant's Answer. *See Max Ten Mktg., LLC v. MarkeTech, Inc.*, 2013 WL 12155520, at *2 (D.N.J. July 24, 2013).

**ACCORDINGLY**, it is hereby

**ORDERED**, that further proceedings in this action are stayed for 30 days during

which time new counsel for Defendant shall file a Notice of Appearance.

**IT IS SO ORDERED.**

Dated: October 1, 2026
Albany, New York

Daniel J. Stewart
U.S. Magistrate Judge